UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

IN RE:
Zoe Leslie Conger                                CASE NO. 10-72096
    Debtor(s)

### REPORT OF DEPOSIT OF SMALL DIVIDENDS/UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "US Bankruptcy Court" representing small dividends/unclaimed funds to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends/unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Sunrise Designs<br>31 Bridlewood Dr.<br>Palmyra, VA 22963 | **$1.92** |
| Attitudes In Dressing<br>107 Trumbull Street<br>Elizabeth, NJ 07206 | **$2.96** |
| TOTAL | $4.88 |

Dated: March 7, 2011

*Carolyn L. Camardo*
Carolyn L. Camardo, Trustee
VSB #23814
258 N. Witchduck Road, Suite C
Virginia Beach, VA 23462
(757) 490-2200

Printed: 03/07/11 01:26 PM                                                                                     Page: 1

## Claims Distribution Small Checks

Case: 10-72096 - CONGER, ZOE LESLIE

Trustee: CAROLYN L. CAMARDO (660050)

| Account No. | Check No. | Issued | | | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 92005038159466 | 110 | 03/07/11 | | | | | | | | Check Amount: | $4.88 |
| | Claim No. | Filed | Payee: | Priority | Claimant | | | | | | |
| | 2 | 07/02/10 | U.S. Bankruptcy Court | 610 | Sunrise Designs | | | 135.95 | 135.95 | 1.92 | 1.92 |
| | 8 | 08/05/10 | | 610 | Attitudes In Dressing | | | 210.10 | 210.10 | 2.96 | 2.96 |

(*) Denotes objection to Amount Filed

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends/Unclaimed Funds was sent via email this 7th day of March, 2011 to:

Office of the US Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, VA 23510
[USTPRegion04.NO.ECF@usdoj.gov]

*Carolyn L. Camardo*
Carolyn L. Camardo, Trustee